IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| MARCOS LOPEZ, | § § § | |
| Plaintiff, | § § | Civil Action No. _____ |
| v. | § § | Jury Demanded |
| TEXAS RIO GRANDE LEGAL AID, INC., | § § § § | |
| Defendant | § | |

## INDEX OF MATTERS BEING FILED

**EXHIBIT "A":** Plaintiff's Original Petition

**EXHIBIT "B":** Defendant's First Amended Original Petition

**EXHIBIT "C":** Copy of Docket Sheet in Cause No. C-1076-19-G;

**EXHIBIT "D":** List of Counsel of Record