# EXHIBIT "C"

Marcos Lopez  
VS.  
Texas Rio Grande Legal Aid Inc.

§  
§  
§  
§

Location: 370th District Court  
Judicial Officer: Gonzalez, Noe  
Filed on: 03/05/2019

## CASE INFORMATION

Case Type: All Other Civil Cases (OCA)

| DATE | CASE ASSIGNMENT | |
|---|---|---|
| | **Current Case Assignment** | |
| | Case Number | C-1076-19-G |
| | Court | 370th District Court |
| | Date Assigned | 03/05/2019 |
| | Judicial Officer | Gonzalez, Noe |

DATE 5/22/19  
A true copy I certify  
LAURA HINOJOSA  
District Clerk, Hidalgo County, Texas  
By _____ Deputy 47

## PARTY INFORMATION

| | | Lead Attorneys |
|---|---|---|
| Plaintiff | Lopez, Marcos | **GONZALEZ, JUAN E** |
| | | *Retained* |
| | | 956-447-5585(W) |
| Defendant | Texas Rio Grande Legal Aid Inc. | **LEACH, REX N.** |
| | | *Retained* |
| | | 956-682-5501(W) |

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|
| 05/21/2019 | Amended Answer<br>Party: Defendant Texas Rio Grande Legal Aid Inc. | |
| 05/13/2019 | Answer<br>Party: Defendant Texas Rio Grande Legal Aid Inc. | |
| 03/14/2019 | Citation Issued<br>Party: Defendant Texas Rio Grande Legal Aid Inc. | |
| 03/14/2019 | **Citation**<br>Texas Rio Grande Legal Aid Inc.<br>Served: 04/23/2019<br>Anticipated Server: E-Served to Attorney<br>Actual Server: E-Served to Attorney<br>Return Date/Time: 05/07/2019 | |
| 03/14/2019 | Request<br>*CITATION REQUEST LETTER* | |
| 03/05/2019 | Original Petition (OCA) | |

| DATE | FINANCIAL INFORMATION | |
|---|---|---|
| | **Defendant** Texas Rio Grande Legal Aid Inc. | |
| | Total Charges | 4.00 |
| | Total Payments and Credits | 4.00 |

| | |
|---|---:|
| **Balance Due as of 5/22/2019** | 0.00 |
| **Plaintiff** Lopez, Marcos | |
| Total Charges | 311.00 |
| Total Payments and Credits | 311.00 |
| **Balance Due as of 5/22/2019** | 0.00 |