# EXHIBIT "D"

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| MARCOS LOPEZ,<br><br>    *Plaintiff*,<br><br>v.<br><br>TEXAS RIO GRANDE LEGAL AID, INC.,<br><br>    *Defendant* | § § § § § § § § § § § | Civil Action No. _____<br>Jury Demanded |

**EXHIBIT "D"**
**LIST OF COUNSEL OF RECORD**

Mr. Juan E. Gonzalez
LAW OFFICE OF JUAN E. GONZALEZ, PLLC
310 East Business Highway 83
Weslaco, Texas 78596
(956) 447-5585
(956) 447-8637 – Facsimile
E-Mail: juanegonzalez@jeglaw.net
*Attorney in Charge for Plaintiff*


Mr. Rex N. Leach
ATLAS, HALL & RODRIGUEZ, LLP
P. O. Drawer 3725 (78502)
818 West Pecan Boulevard
McAllen, Texas 78501
(956) 682-5501
(956) 686-6109 – Facsimile
E-Mail: rleach@atlashall.com
*Attorney in Charge for Defendant*